**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:14CR209 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | TENTATIVE FINDINGS |
| | ) | |
| GREGORY NEGUS, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has received the Revised Presentence Investigation Report and Addendum ("PSR"). The Defendant filed a statement regarding the PSR (Filing No. 66) stating, "the Defendant has no objections" to the PSR except to the extent that objections are noted in the Addendum.[1] The government has adopted the PSR (Filing No. 62) and has filed a Notice of Intent to present Evidence and Testimony (Filing No. 63). See *Second Amended Order on Sentencing Schedule*, ¶ 6. The Court advises the parties that these Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker,* 543 U.S. 220 (2005), the sentencing guidelines are advisory.

Accordingly,

IT IS ORDERED:

1. The Defendant's Statement Regarding Presentence Investigation Report and Addendum (Filing No. 66) will be addressed at the sentencing hearing;

2. The Court intends to adopt the PSR in all other respects;

---

[1] ECF Filing No. 66, does not list the unresolved and specific nature of each objection to the PSR as instructed in Paragraph 6 of the *Second Amended Order on Sentencing Schedule* (Filing No. 57).

3. If **any** party wishes to challenge these tentative findings, the party shall immediately file in the court file and serve upon opposing counsel and the Court a motion challenging these tentative findings, supported by (a) such evidentiary materials as are required (giving due regard to the requirements of the local rules of practice respecting the submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary hearing is requested, a statement describing why an evidentiary hearing is necessary and an estimated length of time for the hearing;

4. Absent submission of the information required by paragraph 3 of this Order, these tentative findings are final;

5. The Court takes note of the government's Notice of Intent to present Evidence and Testimony (Filing No. 63) and orders that any exhibit and witness lists and any exhibits it intends to offer at the time of sentencing be provided to the Court and counsel for the parties on or before March 29, 2016;

6. The sentencing hearing in this case for both Jeffrey S. Negus and codefendant Gregory Negus has been scheduled for Monday, April 4, 2016, beginning at 2:00 p.m. The parties are to immediately advise the Court if it is anticipated that the sentencing hearing will last more than 2 (two) hours; and

7. Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing.

DATED this 15th day of March, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge